IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 SEP 18 PM 4 25

STEPHAN HARRIS, CLERK
CASPER

DONNA GEHO,

    Plaintiff,

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA, and IGO OIL FIELD SERVICE, INC., aka IGO OIL FIELD SERVICES, INC., (Plan Administrator),

    Defendant.

Case No. 15-CV-87-S

## ORDER OF DISMISSAL

Upon the MOTION FOR DISMISSAL having been filed herein and the same having been considered by the Court;

IT IS HEREBY ORDERED that the above captioned action is hereby dismissed.

Dated this 18th day of September, 2015.

Scott W. Skavdahl
United States District Judge